No. 729. Pennsylvania Railroad Co. v. Byrne, Administratrix. C. A. 3d Cir. Certiorari denied. *Philip Price* and *Theodore Voorhees* for petitioner. *B. Nathaniel Richter* and *Seymour I. Toll* for respondent.

No. 736. Bright Leaf Industries, Inc., v. Stabler et al. C. A. 5th Cir. Certiorari denied. *Paul B. Eaton* for petitioner. *Edwin Pearce* for respondents.

No. 377, Misc. Green v. Smyth, Superintendent, Virginia State Penitentiary. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. A. S. Harrison, Jr.,* Attorney General of Virginia, for respondent.

No. 429, Misc. Table v. Smyth, Superintendent, Virginia State Penitentiary. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. A. S. Harrison, Jr.,* Attorney General of Virginia, for respondent.

No. 483, Misc. Brown v. Dravo Corporation. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* for petitioner.

No. 542, Misc. Jude v. United States. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin,* Assistant Attorney General *Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 565, Misc. Chapman v. United States. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.